IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYESHA CLARK, ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-1579 |
| DWAYNE MERRELL, ET AL. | : | |

**O R D E R**

**AND NOW**, this 18th day of January 2021, upon consideration of Defendant Officer Dwayne Merrell's Motion to Dismiss Amended Complaint (ECF No. 11), and all documents submitted in support thereof and in opposition thereto, and consistent with the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**