IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYESHA CLARK, *ET AL.* | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-1579 |
| DWAYNE MERRELL, *ET AL.* | : | |

## ORDER

**AND NOW**, this <u>19th</u> day of <u>February</u>, 2025, upon consideration of Defendant Dwayne Merrell's Motion for Summary Judgment (ECF No. 39), Defendant City of Philadelphia's Motion for Summary Judgment (ECF No. 40), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant Dwayne Merrell's Motion for Summary Judgment is **DENIED** and the City of Philadelphia's Motion for Summary Judgment is **GRANTED**.

   IT IS SO ORDERED.

                                              BY THE COURT:


                                              */s/ R. Barclay Surrick*
                                              **R. BARCLAY SURRICK, J.**