## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYESHA CLARK, Individually, and as Parent and Natural Guardian of Z. C., a minor, and LILLIE MAE STUBBS<br><br>v.<br><br>OFFICER DWAYNE MERRELL, Badge #7807 c/o CITY OF PHILADELPHIA POLICE DEPARTMENT and CITY OF PHILADELPHIA | : <br> : <br> : CIVIL ACTION NO. 19-cv-01579-RBS <br> : <br> : <br> : <br> : <br> : <br> : |

### NOTICE OF APPEAL

Notice is given that defendant, Officer Dwayne Merrell, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of the Honorable R. Barclay Surrick, entered on February 19, 2025, which denied defendant Merrell's Motion for Summary Judgment presented on the basis of qualified immunity. The order is a final decision immediately appealable under the collateral order doctrine as it denied defendant Merrell qualified immunity. See Mitchell v. Forsyth, 472 U.S. 511, 525–30 (1985) (permitting interlocutory appeals of the denial of qualified immunity under the collateral order doctrine as a final decision).

    Respectfully submitted,

    **BENNETT, BRICKLIN & SALTZBURG LLC**

    BY: /s Nicholas A. Cummins
         NICHOLAS A. CUMMINS
         Attorney I.D. No. 203238
         1500 Market Street, 32nd Floor
         Philaelphia, PA  19102
         (215) 665-3328 / (215) 561-6661
         cummins@bbs-law.com

Date:  March 18, 2025     Attorney for Defendant, Dwayne Merrell

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYESHA CLARK, Individually, and as Parent and Natural Guardian of Z. C., a minor, and LILLIE MAE STUBBS : : : : : : : : : :<br>v.<br>OFFICER DWAYNE MERRELL, Badge #7807 c/o CITY OF PHILADELPHIA POLICE DEPARTMENT and CITY OF PHILADELPHIA | CIVIL ACTION NO. 19-cv-01579-RBS |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Appeal was served on this date on all counsel by way of electronic filing with the Court.

Respectfully submitted,

BENNETT, BRICKLIN & SALTZBURG LLC

BY: _____
NICHOLAS A. CUMMINS
Attorney I.D. No. 203238
1601 Market Street, 16th Floor
Philaelphia, PA  19103
(215) 665-3328 / (215) 561-6661
cummins@bbs-law.com
Attorney for Defendant, Dwayne Merrell

Date:  March 18, 2025