IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYESHA CLARK, Individually, and as Parent And Natural Guardian of Z.C., a minor<br><br>     Plaintiffs,<br>v.<br><br>OFFICER DWAYNE MERRELL, Badge #7078 c/o CITY OF PHILADELPHIA POLICE DEPARTMENT, Individually and in his Official Capacity and CITY OF PHILADELPHIA<br><br>     Defendants. | CIVIL ACTION NO. 2:19-cv-01579-RBS |

## ORDER

**AND NOW**, this \_\_\_\_ day of _____, 2025, upon consideration of the Plaintiffs' Motion for Approval of Settlement and Allocation of Settlement Proceeds, and any Response thereto, it is hereby **ORDERED** and **DECREED** that the Plaintiff is authorized to enter into a settlement with Defendants Officer Dwayne Merrell and City of Philadelphia in the gross sum of $2,500,000.00. Defendants shall forward all settlement drafts or checks to Plaintiff's counsel for proper distribution.

It is further **ORDERED** and **DECREED** that the gross settlement shall be allocated as follows:

| | | | | |
|---|---|---|---|---:|
| **GROSS SETTLEMENT** | | | $ | 2,500,000.00 |
| | To: | Kline & Specter, P.C.<br>[legal fee – One Third] | $ | 833,333.33 |
| | To: | Kline & Specter, P.C.<br>[reimbursement of costs advanced] | $ | 35,135.38 |

| | | | |
|---|---|---|---:|
| To: | Kline & Specter, P.C. [Department of Human Services lien] | $ | 199,158.26 |
| To: | Z.C., a Minor, to be placed in a settlement trust for the benefit of Z.C. | $ | 1,432,373.03 |

Within sixty (60) days from the date of this Order, Plaintiffs shall file a Motion with Philadelphia Orphans' Court for the approval of a settlement trust compliant with Pennsylvania Rule of Civil Procedure 2039(B)(4) providing for a trust.

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**