# EXHIBIT "A"



# FAX TRANSMITTAL COVER SHEET

---

Date:     Monday, August 04,2025  3:23:42 PM

To:       2157925522@fax.tcfax

From:     Martin, Gregory

Subject:  Zion Clark (minor)

Pages:    2 (including cover sheet)

---

Gregory Martin | Third Party Liability Program Investigator
Department of Human Services | Bureau of Program Integrity
Commonwealth Towers | 303 Walnut St, 7th Floor | Harrisburg, PA 17101
Phone: 717.265.7690 | Fax: 717.772.6553
www.dhs.pa.gov

Pennsylvanians who suspect welfare fraud should call 1-844-DHS-TIPS (1-844-347-8477)

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers.

Please find the PDF attached.
Download the free Adobe Acrobat Reader to view and comment on this PDF.
https://www.adobe.com/go/reader_download

---------
Sent From Adobe Acrobat Reader



August 1, 2025

KLINE & SPECTER, PC
TRACIE PALMER
1525 LOCUST STREET
PHILADELPHIA PA  19102

        Re: Zion Clark  (minor)
        CIS #: 970258410
        Incident Date: 04/13/2017

Dear Attorney:

    The Department of Human Services maintains a claim in the amount of <u>$298,722.46</u> for the above-referenced incident.

    The Department has agreed to reduce its claim by <u>33.33%</u> plus a prorata share of expenses and accept the net payment of <u>$199,158.26</u> to satisfy the total claim amount.

    Checks should be made payable to the Department of Human Services and sent to my attention at the address listed below.  **We request that with all transmittal of funds, you provide the Department with a copy of the <u>final distribution sheet</u>.**

    In the event you have already brought or will bring any action resulting in a further recovery, we reserve the right to seek recovery of any additional unpaid portion of our medical/cash claim.  This settlement in no way affects our future rights.

    Thank you for your cooperation in this matter.  If you have any further questions, please contact me.

        Sincerely,

        Gregory E Martin
        TPL Specialist
        717-265-7690
        717-772-6553 FAX