# EXHIBIT "B"

# ZION CLARK, A MINOR
## LEGAL COSTS AND EXPENSES OF KLINE & SPECTER

| | |
|---|---|
| RECORDS | $ 463.59 |
| EXPERT SERVICES | $ 28,025.00 |
| COURT FINANCIAL SERVICES | $ 8.75 |
| GOLKOW LITIGATION SERVICES, LLC | $ 3,299.43 |
| STREHLOW & ASSOCIATES, INC. | $ 1,285.25 |
| ACCIDENT INVESTIGATIVE SERV., INC. | $ 291.50 |
| POSTAGE | $ 214.00 |
| FEDERAL EXPRESS/COURIER | $ 125.34 |
| FILING FEES | $ 715.21 |
| COPY | $ 97.37 |
| TRAVEL | $ 215.34 |
| RESEARCH | $ 394.06 |
| TELEPHONE | $ .54 |
| **TOTAL KLINE & SPECT7ER COSTS:** | **$35,135.38** |